UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marlon Joe Lewis,                                          Civil 07-2985 MJD/FLN

     Plaintiff,

     v.                                                              O R D E R

Mary Haugen, et al.,

     Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 16, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that the United States' motion for substitution and dismissal [#8] is GRANTED. The United States is substituted as the sole defendant in this action.

DATED: May 21, 2008.          s/Michael J. Davis
at Minneapolis, Minnesota      JUDGE MICHAEL J. DAVIS
                                       United States District Court