UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Marlon Joe Lewis,                                                       Civil 07-2985 MJD/FLN

      Plaintiff,

v.                                                                                   O R D E R

United States of America,

      Defendant.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 15, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss [#19] is GRANTED.


DATED: November 5, 2008.            s/Michael J. Davis
at Minneapolis, Minnesota              CHIEF JUDGE MICHAEL J. DAVIS
                                                          United States District Court